# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA )
 )
   v. ) Case No. 3:25-cr-22
 )
KLEIVER MOTA RIVERO ) Judge Crenshaw

---

## STATUS REPORT

---

Kleiver Moto Rivero, through David Fletcher, Assistant Federal Public Defender, files this status report as required by the Court's June 23, 2025, trial order. (D.E. #131) Mr. Rivero states the following:

1. Counsel has met with Mr. Rivero to review some of the discovery in this case. Due to the large amount of discovery disclosed, counsel expects to continue reviewing discovery with Mr. Rivero over the coming months.

2. As of the filing of this motion, counsel has not identified any pretrial motions that he expects to file.

3. No communication issues have arisen between counsel and Mr. Rivero. The only barrier has been the availability of interpreters.

4. Counsel does not anticipate any impediments to proceeding to trial. There are no other issues that have arisen.

Respectfully submitted,


/s/ David K. Fletcher
DAVID K. FLETCHER
Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047

*Attorney for Kleiver Mota Rivero*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 9, 2026, I electronically filed the foregoing *Status Report* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for all co-defendants, and to all attorneys for the United States, including:

Kathryn Risinger
U. S. Attorney's Office (Nashville)
Middle District of Tennessee
719 Church Street Suite 3300
Nashville, TN 37203
katy.risinger@usdoj.gov

Jessica Arco
U.S. Department of Justice
Human Trafficking Prosecution Unit
950 Pennsylvania Ave NW
Washington, DC 20530
jessica.arco@usdoj.gov

Lindsey Roberson
U.S. Department of Justice
Human Trafficking Prosecution Unit
950 Pennsylvania Avenue NW
Washington, DC 20530
lindsey.roberson@usdoj.gov

*/s/ David K. Fletcher*
DAVID K. FLETCHER

3