| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:25-cr-00022 |
| v. | ) | JUDGE CRENSHAW |
| | ) | |
| KLEIVER MOTA RIVERO | ) | |

## MOTION TO SET CHANGE OF PLEA HEARING

Comes the defendant, Kleiver Mota Rivero, through counsel, Assistant Federal Public Defender David Fletcher, and moves this Honorable Court to enter an order scheduling a date in the instant matter for a change of plea hearing.

Respectfully submitted,

*/s/ David K. Fletcher*
DAVID K. FLETCHER
Asst. Federal Public Defender
164 Rosa L. Parks Blvd.
Nashville, TN  37203
615-736-5047

*Attorney for Kleiver Mota Rivero*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, I electronically filed the foregoing *Motion to Set Change of Plea Hearing* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for all co-defendants, and to all attorneys for the United States, including:

Kathryn Risinger
U. S. Attorney's Office (Nashville)
Middle District of Tennessee
719 Church Street Suite 3300
Nashville, TN 37203
katy.risinger@usdoj.gov

Jessica Arco
U.S. Department of Justice
Human Trafficking Prosecution Unit
950 Pennsylvania Ave NW
Washington, DC 20530
jessica.arco@usdoj.gov

Lindsey Roberson
U.S. Department of Justice
Human Trafficking Prosecution Unit
950 Pennsylvania Avenue NW
Washington, DC 20530
lindsey.roberson@usdoj.gov


*/s/ David K. Fletcher*
DAVID K. FLETCHER

2