**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:25-cr-00022-2 |
| | ) |
| KLEIVER DANIEL MOTO RIVERO, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant's Motion to Set Change of Plea Hearing (Doc. No. 355) is **GRANTED**. A plea hearing is set for **June 5, 2026, at 12:00 p.m.**

The parties shall submit the proposed plea agreement, a document that lists the elements of each offense to which the defendant is pleading guilty and the statutory penalty for each, including period of incarceration, fine, and period of supervised release applicable, and the plea petition by noon on **June 3, 2026.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE